UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD., THE PHOENIX INSURANCE COMPANY, LTD., EXCELLENCE NESSUAH MUTUAL FUNDS MANAGEMENT, LTD. and EXCELLENCE NESSUAH GEMEL & PENSION, LTD., Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,

vs.

PERRIGO COMPANY, JOSEPH C. PAPA, and JUDY L. BROWN,

                Defendants.

Civil Action No. 09-CV 2255 (TPG)

**ECF CASE**

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE** that, upon the Declaration of Bradley J. Andreozzi dated October 29, 2010, the exhibits annexed thereto, and the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint dated October 29, 2010, defendants will move this Court before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at such a time as the Court hereafter determines, for an Order:  (1) dismissing the Amended Complaint with prejudice and in its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and (2) granting such other and further

relief as the Court deems just, equitable and proper.


Dated: New York, New York
       October 29, 2010

                                               Respectfully submitted,


/s/ Bradley J. Andreozzi
Bradley J. Andreozzi
Bradley.andreozzi@dbr.com
Daniel J. Delaney (Pro Hac Admission Pending)
daniel.delaney@dbr.com
Justin O. Kay (Pro Hac Admission Pending)
justin.kay@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Tel:   (312) 569-1000
Fax:   (312) 569-3000

Brian F. McDonough
**DRINKER BIDDLE & REATH LLP**
140 Broadway, 39th Floor
New York, NY 20005-1116
Tel:   (212) 248-3140
Fax:   (212) 248-3141
brian.mcdonough@dbr.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 29, 2010, true and correct copies of the Notice of Motion, Declaration of Bradley J. Andreozzi, Esq. and attached Exhibits, and Memorandum of Law were served via electronic mail, upon all counsel designated to receive electronic service in this matter.

Dated: New York, New York
       October 29, 2010

/s/ Brian F. McDonough
Brian F. McDonough

NY01/ 7173449.1